IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD HUTCHINS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:04CV835-M |
| | ) | [WO] |
| ADVANCE CONSTRUCTION COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion For Leave to File Second Amended Complaint, filed on 5 Aril 2005 (Doc. # 11), it is

ORDERED that the motion is GRANTED.  The plaintiff is CAUTIONED, however, that he will not be permitted to file any other pleadings until service is perfected and the court has conducted a scheduling conference.

DONE this 18th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE